**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Howarth Figueroa Marroquin,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

Case No. 2:26-cv-02227-APG-MDC

**Order Screening 28 U.S.C. § 2241 Petition and Directing Service**

[ECF No. 1]

Petitioner Howarth Figueroa Marroquin, an immigration detainee who is challenging his ongoing federal detention at Nevada Southern Detention Center, has filed a counseled petition for federal habeas corpus relief under 28 U.S.C. § 2244 and paid the full $5 filing fee. ECF No. 1. The petitioner contends that he's been detained since June 22, 2026, an immigration judge wrongfully denied him bond on dangerousness grounds on July 13, and his detention violates the Fifth Amendment and the Immigration and Nationality Act. *Id.* Following a preliminary review of the petition, I find that it states a *prima facie* case for relief, so I direct that it be served on the United States Attorney's Office for the District of Nevada (USAO), and I set a briefing schedule on the petition and motion.

I THEREFORE ORDER that the Clerk of Court will:

1. **ADD** the USAO to the docket as an Interested Party. Pursuant to District of Nevada's General Order 2026-03, this constitutes service on all federal respondents under Federal Rule of Civil Procedure 4 and 28 U.S.C. § 2243.

2. **MAIL** a copy of the petition (ECF No. 1) and this order under Rule 4(i)(2) of the Federal Rules of Civil Procedure to John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave. Pahrump, NV 89060.
3. **SEND** a copy of the petition (ECF No. 1) and this order to Ashlee Hesman (Mattos's counsel) at ahesman@strucklove.com.

I FURTHER ORDER that the USAO must file a notice of appearance within 7 days of the date of this order and file and serve their answer to the petition within 14 days of the date of this order. The respondents must file any documents referenced or relied upon in their responsive pleading with that pleading. The petitioner will have 7 days to file a reply.

I FURTHER ORDER that the USAO must produce the following documents to the petitioner's counsel (or certify that such documents are not in their custody or control) within 7 days of the date of this order:

1. I-200 Warrant for Arrest of Alien
2. Form I- 286 Initial Custody Determination
3. I-862 Notice to Appear
4. Form I-213 Record of Deportable or Inadmissible Alien
5. All immigration court orders in the petitioner's removal proceedings.
6. Documents certifying any appeal of any immigration court orders by Department of Homeland Security or the petitioner.
7. Transcripts and/or audio recordings of any custody redetermination proceedings.

I FURTHER ORDER that the respondents must not transfer the petitioner out of this District, with the exception of effectuating his lawful deportation, until further order of the Court.[1] The respondents must file a notice with the Court within 7 days from lawful deportation.

Dated: July 23, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

[1] *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").