**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOWARTH FIGUEROA MARROQUIN,<br><br>Petitioner<br><br>v.<br><br>DHS SECRETARY MARKWAYNE MULLIN, et al.,<br><br>Respondents | Case No.: 2:26-cv-02227-APG-MDC<br><br>**Order** |

I previously ordered the federal respondents to produce certain records to the petitioner's counsel, including the Form I-286 Initial Custody Determination. ECF No. 2 at 3. It is unclear from the respondents' response whether they have done so, and the petitioner did not file a reply.

I THEREFORE ORDER that by October 22, 2026, the federal respondents must file a status report indicating whether the federal respondents provided the Form I-286 Initial Custody Determination for petitioner Howarth Figueroa Marroquin to Marroquin's counsel, and they must attach to their status report a copy of the Form I-286 Initial Custody Determination for petitioner Howarth Figueroa Marroquin.

DATED this 15th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE